UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSUH SUHYES HUSSEY,

                 Plaintiff,

     -against-

BLEEKER WARD,

                 Defendant.

23-CV-3526 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the June 20, 2023, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 21, 2023
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge